UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BERTIN MEZA VALLES,
Petitioner,
v.
THOMAS GILES, et al.,
Respondents.

Case No. 5:26-cv-06675-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted.
2. Respondents are ordered to release **Bertin Meza Valles (A# 242-175-928)** from custody immediately under conditions of supervision found to be appropriate by the decisionmaker.
3. Petitioner's Motion for Order to Show Cause (ECF 7) is denied.
4. The Clerk of Court is directed to close this case.

DATED: November 18, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE